**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ASHDEN NEWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 1:24-cv-01224-STA-jay** |
| **vs.** | ) | |
| | ) | **JURY DEMANDED** |
| **THE CARDIOVASCULAR CLINIC** | ) | |
| **OF WEST TENNESSEE, P.C. AND** | ) | |
| **ADEYINKA AGBETOYIN, M.D.,** | ) | |
| | ) | |
| **Defendants.** | | |

---

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

Defendants The Cardiovascular Clinic of West Tennessee, P.C. ("TCCWT") and Adeyinka Agbetoyin, M.D., ("Dr. Agbetoyin"), (collectively referred to as "Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, hereby file their Motion for Summary Judgment and request that the Court enter an Order dismissing Plaintiff's Complaint with prejudice.  In support of their Motion, Defendants state the following:

1. There is no genuine dispute of material fact, and Defendants are entitled to judgment in their favor as a matter of law on Plaintiff's discrimination (failure to accommodate) claim under the Fair Labor Standards Act provision regarding breast pumping. ("Pump Act").

2. Plaintiff's Pump Act claim for failure to accommodate fails because she cannot establish a *prima facie* case.  In addition, even if Plaintiff were able to establish her

*prima facie* case, the exemption for small employers found in the Pump Act applies to Defendants.

3. Plaintiff's claim for retaliation under the FLSA also fails as she cannot establish a *prima facie* case. And, even if she were able to establish her *prima facie* case, Plaintiff cannot prove pretext.

4. In support of their Motion for Summary Judgment, Defendants rely on their Memorandum in Support, Statement of Undisputed Material Facts, and the attached evidentiary materials filed contemporaneously.

Respectfully submitted,

SPRAGINS, BARNETT & COBB, PLC

BY: /s/ *Teresa A. Luna*
TERESA A. LUNA - BPR # 26447
312 East Lafayette Street
Jackson, Tennessee 38301
Telephone: 731 424-0461
Facsimile: 731 424-0562
tluna@spraginslaw.com

*Attorneys The Cardiovascular Clinic*
*of West Tennessee and Adeyinka Agbetoyin, M.D.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served via the ECF/CM electronic filing system upon:

Janelle C. Osowski – #31359
Bryce W. Ashby - #26179
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN 38104
Telephone: 901-278-1004
Fax: 901-278-3111
Email: janelle@donatilaw.com
           bryce@donatilaw.com


on this 2nd day of May, 2025.

/s/Teresa A. Luna_____