# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| ASHDEN NEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:24-cv-1224-STA-jay |
| | ) | |
| THE CARDIOVASCULAR CLINIC | ) | |
| OF WEST TENNESSEE, P.C. and | ) | |
| ADEYINKA AGBETOYIN, M.D., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## VERDICT

**Please read all of the questions and instructions carefully before you begin answering the questions.**

1. Did the Plaintiff Ashden Newell prove by a preponderance of the evidence that Defendants The Cardiovascular Clinic of West Tennessee, P.C. and Dr. Adeyinka Agbetoyin terminated her employment because she engaged in protected activity in violation of the PUMP Act?

YES __✓__          NO _____

[If you answered YES to Question 1, please proceed to Question 2. If you answered NO to Question 1, please STOP here and return the verdict form.]

2. Has Plaintiff Ashden Newell shown by a preponderance of the evidence that she suffered damages in the form of lost wages when she was terminated from her job because she exercised her right to complain of a violation of the PUMP Act?

YES ✓    NO _____

[If you answered YES to Question 2, please proceed to Question 3. If you answered NO to Question 2, please proceed to Question 4.]

3. We, the jury, find that Plaintiff Ashden Newell is entitled to recover back pay from Defendants in the amount of

$ 116,174.06

[State the amount of back pay and fringe benefits that Plaintiff should be awarded from Defendants, less any amount that Defendants have proved by a preponderance of the evidence that she earned in subsequent employment or could have earned by exercising reasonable diligence in finding suitable employment. Then proceed to Question 4.]

4. Has Plaintiff Ashden Newell proven, by a preponderance of the evidence, that she incurred compensatory damages such as emotional distress, pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, humiliation and embarrassment, or shame when she was retaliated against by Defendants when she was terminated from her job because she exercised her right to complain of a violation of the Pump Act??

YES ✓    NO _____

[If you answered YES to Question 4, please proceed to Question 5. If you answered NO to Question 4, please sign and date the verdict form.]

5. We, the jury, find that Plaintiff Ashden Newell is entitled to recover compensatory damages from Defendants in the amount of

$ 116,000

[Please return your verdict form.]

_____    _____02/26/2026_____
JURY FOREPERSON                          Date