UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| **ASHDEN NEWELL** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **THE CARDIOVASCULAR CLINIC OF WEST TENNESSEE, P.C., ET AL.** | **CASE NO: 24-1224-STA-jay** |

---

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS SO ORDERED AND ADJUDGED** in accordance with the jury verdict rendered on February 26, 2026, judgment is hereby entered in favor of the plaintiff, Ashden Newell, and against the defendant, The Cardiovascular Clinic of West Tennessee, P.C., et al., thereby dismissing this cause.


**APPROVED:**


**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 2/27/2026**              **Wendy O.Oliver**
                                **Clerk of Court**


                                    **s/Maurice B. Bryson**
                                **(By)  Deputy Clerk**